**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7975**

---

YAQUB HAMEED MUWAKKIL,

Plaintiff - Appellant,

versus

LEROY ROUNDTREE HASSELL, Chief Justice,
Supreme Court of Virginia; ELIZABETH D. LACY,
Justice, Supreme Court of Virginia; BARBARA M.
KEENAN, Justice, Supreme Court of Virginia;
LAWRENCE L. KOONTZ, JR., Justice, Supreme
Court of Virginia; CYNTHIA D. KINEER, Justice,
Supreme Court of Virginia; DONALD LEMONS,
Justice, Supreme Court of Virginia; G. STEVEN
AGEE, Justice, Supreme Court of Virginia;
HARRY L. CARRICO, Senior Justice, Supreme
Court of Virginia; A. CHRISTIAN COMPTON,
Senior Justice, Supreme Court of Virginia;
ROSCOE B. STEPHENSON, JR., Senior Justice,
Supreme Court of Virginia; PATRICIA H.
KRUEGER, Clerk, Supreme Court of Virginia,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-05-1118-1)

---

Submitted:  May 22, 2006              Decided:  June 12, 2006

---

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Yaqub Hameed Muwakkil, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yaqub Hameed Muwakkil appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Muwakkil v. Hassell, No. CA-05-1118-1 (E.D. Va. Dec. 5, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED